

JAN 10 2018

D.C.
WP

28 JAN 11 PM 3:18

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Write the full name of each plaintiff or petitioner.

Marc Fishman

-against-

Case No. **18 CV 282**

Office of New York Court Admin
New York State Family Court, New
York State et el

Write the full name of each defendant or respondent.

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that    Plaintiff    Marc Fishman

_plaintiff or defendant_    _name of party who is making the motion_

requests that the Court: Issve a Stay of all New York
State Family Court orders under Case FV131794
in Solomon v. Fishman and Fishman V. Solomon until
all reasonable accomodations are Granted

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☒ my own declaration, affirmation, or affidavit , Complaint

☐ the following additional documents:

1/10/18
Dated

Marc Fishman
Name

3800 Netherland Ave Apt G Bronx, NY 10463
Address                                    City            State        Zip Code

(914) 837 3809
Telephone Number (if available)

Signature

Prison Identification # (if incarcerated)

rentdriver@gmail.com
E-mail Address (if available)