UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JAN 10 2018

Fill in above the full name of each plaintiff or petitioner.

Marc H. Fishman

-against-

Office of Court Administration
New York Courts

Case No. 18 CV 282

Fill in above the full name of each defendant or respondent.

## DECLARATION

Motion for Ada Accomodations to be Granted in NY State Family Courts

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, Marc Fishman, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

I request a Federal Court Order Staying all NY State Family Court proceedings until the NY State Family Court and Office of Court Administration Complies with all Ada Accomodations requests. Per Rule 8, a Federal Court may stay an order of a district court.

Rev. 6/30/16

Please See attached "Complaint" as reasons for a Federal Stay under Rule 8. As Family Court has failed to issue a Final Order that I can appeal for denial of ada Accomadations, Seeking Federal Stay of all Family Court Proceedings and Orders until my complaint can be heard in Federal Court. Not to Grant Stay would permit NY State Court to continue to discriminate against me and my Son for our qualified Ada Disabilities. Requesting Federal Order Approving a Note taker in Court for my memory disability, request an order for Large Print Court Orders, Request an Order for morning only court apperances due to my tiredness from sleep apnea disability, Request an order that the State Court Provide me with my medical records sent to Court from Social workers that I paid for and need for my treatment of post concussion syndrome (TBI)

Attach additional pages and documents if necessary.

1/24/18
Executed on (date)

Signature

Marc Fishman
Name

Prison Identification # (if incarcerated)

3200 Netherland Ave Apt G   Bronx,   NY   10463
Address                     City      State Zip Code

(914) 837-3209
Telephone Number (if available)

rentdriver@gmail.com
E-mail Address (if available)

Page 2