UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC FISHMAN,

                Plaintiff,

-against-

OFFICE OF COURT ADMINISTRATION
NEW YORK STATE COURTS,

                Defendant.

18-CV-282

ORDER GRANTING IFP APPLICATION

COLLEEN McMAHON, Chief United States District Judge:

    Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated:  January 19, 2018
           New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge