IH-34                                                                    Rev:2014-1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Merc H. Fishman

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

18 CV 282 (KMK)(___)

-against-

Office of Court
Administration NY State

_____

(List the full name(s) of the defendant(s)/respondent(s).)

NOTICE OF CHANGE OF
ADDRESS

I hereby notify the Court that my address has changed to the following:

Fishman      Merc      H.

_____

Name (Last, First, MI)

3200 Netherland Ave Apt G Bronx NY 10463

Address                City                State      Zip Code

(914) 837 3209                rentdriver@gmail.com

Telephone Number              E-mail Address (if available)

3/28/18

Date                          Signature

"G"

left G

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/18