AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| MARC FISHMAN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18 CV 00282 (KMK) |
| OFFICE OF COURT ADMINISTRATION | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

OFFICE OF COURT ADMINISTRATION NEW YORK COURTS

Date:   04/23/2018

*Attorney's signature*

LISA M. EVANS (8343)
*Printed name and bar number*

New York State Office of Court Administration
Counsel's Office
25 Beaver Street. 11th Floor
New York, New York 10004
*Address*

Lievans@nycourts.gov
*E-mail address*

(212) 428-2150
*Telephone number*

(212) 428-2155
*FAX number*