## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2018, I served a true and correct copy of the foregoing Letter For a Pre-Motion Conference by overnight mail to Marc Fishman, Plaintiff *pro se* at 3200 Netherland Avenue, Apartment 6, Bronx, New York 10453.

_____
Lisa M. Evans (LME8343)