# EXHIBIT "A"



## CENTER FOR COGNITION AND COMMUNICATION
952 Fifth Avenue, New York, NY 10075
(212) 535-8932  Fax: (212) 535-5443

4/19/18

**Patient's Name:**       Marc Fishman
**Date of Birth:**        8/21/72
**Date of Evaluation:**   4/28/17
**Date of Injury:**       11/20/13

To Whom It May Concern:

Mr. Fishman is a 44 year old male, who was referred for a neuropsychological evaluation. He is currently a patient under my care at Center for Cognition and Communication. Mr. Fishman needs someone to help him with note taking in court.

If there are any other questions, you can contact my office at 212-535-8932.

Respectfully Submitted,

_____
Jason Brown, M.D.
Clinical Professor, Neurology (ret.)
New York University Medical Center