# EXHIBIT "B"

William Curry
ADA Accommodations
June 23, 2017 at 4:21 PM
Marc Fishman

Good afternoon Mr. Fishman,

The Chief Clerk is in receipt of your email requesting ADA accommodations and directed your email to my attention as the court ADA liaison.

It is the UCS policy that if a case is pending before a judge/judicial officer then the ADA accommodation request should be made to that Judge or Law Clerk.

Thank you.

William Curry – Deputy Chief Clerk

Westchester County Family Court

131 Warburton Avenue

Yonkers , NY 10701

Tel : (914) 831 – 6524 Fax : (914) 831 - 6409