# EXHIBIT "C"

NOTICE OF ENTRY

PLEASE TAKE NOTICE that the within is a true copy of an order entered in the office of the Clerk of the Family Court of the State of New York in the County of Westchester.

Date: 4-13-18

Ann H Mauro

Chief Clerk of the Court

Order
Distributed
☒ P  ☒ P-A
☒ DSS/SCU  ☒ R  ☒ R-A
☐ OTHER  ☐ C-A

PRESENT: Carol Ann Jordan, Support Magistrate

At a term of the Family Court of the State of New York, held in and for the County of Westchester, at Courthouse, 420 North Avenue, New Rochelle, NY 10801, on April 11, 2018

| | |
|---|---|
| In the Matter of a **Support** Proceeding | File #:  131794 |
| | Docket #: F-14064-12/16F |
| **Jennifer S Solomon**, SSN: XXX-XX-0021, | F-12775-16/17C |
| Petitioner, | F-12775-16/16A |
| - against - | F-12775-16/16B |
| **Marc H Fishman**, SSN: XXX-XX-8611, | CSMS #: BT68812S1 |
| Respondent. | |
| | **ORDER** |

NOTICE: YOUR WILLFUL FAILURE TO OBEY THIS ORDER MAY RESULT IN INCARCERATION FOR CRIMINAL NON-SUPPORT OR CONTEMPT. YOUR FAILURE TO OBEY THIS ORDER MAY RESULT IN SUSPENSION OF YOUR DRIVER'S LICENSE, STATE-ISSUED PROFESSIONAL, TRADE, BUSINESS AND OCCUPATIONAL LICENSES AND RECREATIONAL AND SPORTING LICENSES AND PERMITS; AND IMPOSITION OF REAL OR PERSONAL PROPERTY LIENS.

SPECIFIC WRITTEN OBJECTIONS TO THIS ORDER MAY BE FILED WITH THIS COURT WITHIN 30 DAYS OF THE DATE THE ORDER WAS RECEIVED IN COURT OR BY PERSONAL SERVICE, OR IF THE ORDER WAS RECEIVED BY MAIL, WITHIN 35 DAYS OF THE MAILING OF THE ORDER.

On April 10, 2018 the petitioner, Jennifer Solon, by her attorney, Ms. Virginia Foulkrod, Esq., presented the prima facie case, on the instant enforcement petition. The petitioner called the representative from the Support Collections Unit, Mr. Abraham Varkey, who testified extensively as to the amount of the arrears. Ms. Eve Bunting-Smith as the attorney for the respondent, Marc Fishman, properly and thoroughly cross examined the witness and was aided in her questions by written questions handed to her by the respondent. After several cross examination and several redirects, the petitioner rested. The respondent was duly sworn and was preparing to give testimony in defense of the violation proceedings. It was at this juncture, and by the inquiry of counsel for the petitioner, that the respondent requested that a scribe be made available to him. The matter was adjourned to the following day, April 11, 2018. A date that had been previously scheduled as a continuation of trial. On April 11, 2018, the court adjourned the matter as it was communicated to the court that the respondent expected the court to provide the scribe. It is noted in the respondent s ADA request, that the purpose of a scribe for the respondent is to be that of a note taker and the respondent also stated in said request, that the note taker would be provided by the respondent himself.

It is herein found that the court will not provide a scribe to the respondent in this matter for the express purposes of a note taker during trial proceedings. The court does not have available at its disposal, stenographic note taker services to assist a litigant in trial proceedings. It is herein further

noted, that the respondent if he so chooses can provide his own scribe to assist in these proceedings as long as the scribe is a neutral party and not a potential witness. In furtherance of the respondent s other and numerous accommodation requests, these hearings have been held in half day sequences.

As the instant matters where herein adjourned from today s proceedings, the trial shall resume promptly on May 3, 2018 at 9:00 and if needed on June 12, 2018 at 9:00 and again if needed on June 19, 2018 at 9:00 a.m.

Dated: April 12, 2018                              ENTER

*[signature]*
Carol Ann Jordan, Support Magistrate

CC:   Westchester County Office of Child Support Enforcement, Interested Party
      Virginia Suzanne Foulkrod, Esq.
      Eve Bunting-Smith, Esq., 18B (Assigned Counsel)
      Marc H Fishman, Respondent
      Jennifer S Solomon, Petitioner