# EXHIBIT "H"

STATE OF NEW YORK
**UNIFIED COURT SYSTEM**
**NINTH JUDICIAL DISTRICT**
DARONCO - WESTCHESTER COUNTY COURTHOUSE
111 DR. MARTIN LUTHER KING, JR., BOULEVARD
WHITE PLAINS, NEW YORK 10601
(914) 824-5100
FAX: (914) 995-4111

**HON. LAWRENCE K. MARKS**
Chief Administrative Judge

**HON. MICHAEL V. COCCOMA**
Deputy Chief Administrative Judge
Courts Outside New York City

**HON. ALAN D. SCHEINKMAN**
District Administrative Judge
Ninth Judicial District

**NANCY M. MANGOLD**
District Executive
Ninth Judicial District

October 31, 2016

Marc H. Fishman
3200 Netherland Avenue, Unit G
Bronx, NY 10463

Re: request for ADA accommodation
Fishman v. Solomon Westchester Index 27596/2010
Family Court FU 131794

Dear Mr. Fishman:

Your memorandum dated October 31, 2016 to District Executive Nancy Mangold, has been referred to me for response. Please be advised Ms. Mangold is unable to consider your application for accommodation. Your prior applications for accommodation were made to and apparently determined by Judge Schauer in the context of a family court proceeding. Her determinations of your request for accommodation are judicial determinations, not administrative determinations subject to administrative review. Where a judge or judicial officer has denied your request for accommodation, you must seek review of that determination through the regular process of judicial review: an appeal. Neither Judge Scheinkman nor Nancy Mangold have any authority to review or overturn such a determination by a judge.

Very truly yours,

James Garfein
Counsel to Administrative Judge