# EXHIBIT "I"



STATE OF NEW YORK
## UNIFIED COURT SYSTEM
## NINTH JUDICIAL DISTRICT
DARONCO - WESTCHESTER COUNTY COURTHOUSE
111 DR. MARTIN LUTHER KING, JR., BOULEVARD
WHITE PLAINS, NEW YORK 10601
(914) 824-5100
FAX: (914) 995-4111

**HON. LAWRENCE K. MARKS**
Chief Administrative Judge

**HON. MICHAEL V. COCCOMA**
Deputy Chief Administrative Judge
Courts Outside New York City

**HON. ALAN D. SCHEINKMAN**
District Administrative Judge
Ninth Judicial District

**NANCY M. MANGOLD**
District Executive

September 26, 2016

Marc H. Fishman
3200 Netherland Avenue Unit G
Bronx, New York 10463

Dear Mr Fishman:

In response to your inquiry, I have reviewed the paperwork that you faxed to me. The OCA practice and policy, which is available on the UCS website www.nycourts.gov - states that "if you have a pending case before a judge or judicial officer and your request for ADA accommodation(s) will require a modification of or otherwise affect the court's practices or procedures, the request should be made to the judge or judicial officer." As stated in the FAQ's, if in a pending proceeding a judge or judicial officer denies an accommodation request (usually either in a written order or as stated on the record), "it is a judicial determination and not an administrative one, and may be subject to judicial, rather than administrative, review." Neither the Administrative Judge's office nor OCA are authorized to overrule a judicial decision. Thus, my office cannot in the first instance entertain your accommodation request, nor can it review or overturn an accommodation request that may be denied by the judge.

It is unclear from what you have provided exactly what, if any, medical documentation was presented to Judge Schauer to assist in her consideration of your request for an accommodation under the ADA. It is always advisable to provide the court with as much relevant documentation as possible to support the request and assist in the determination. If the medical documentation has been presented, then your attorney may inquire with the court if a decision on the ADA issue is forthcoming, or if the court still requires further demonstration of your disability and that the accommodations you are seeking are reasonable.

Sincerely,

NANCY M. MANGOLD
Director, OCA Division of Professional and Court Services
and District Executive, Ninth Judicial District

NMM/fq