# EXHIBIT "K"



ALAN D. SCHEINKMAN
PRESIDING JUSTICE

APRILANNE AGOSTINO
CLERK OF THE COURT

Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

MEL E. HARRIS
KAREN HOCHBERG TOMMER
MARIA T. FASULO
DEPUTY CLERKS

DARRELL M. JOSEPH
KENNETH BAND
ASSOCIATE DEPUTY CLERKS

March 13, 2018

Marc Fishman
3200 Netherland Avenue Apt G
Bronx, New York 10463

Re:   Matter of Solomon v Fishman

Dear Mr. Fishman:

This Court is in receipt of your Memorandum dated March 12, 2018.

It seems as though by your Memorandum your asking this Court to review determinations made in the Family Court, Westchester County, regarding your requests for accommodations under the Americans with Disabilities Act. As you may be aware, currently pending before this Court is an appeal taken on your behalf from an order of the Family Court dated June 27, 2017, *Matter of Solomon v Fishman*, Appellate Division Docket Number 2017-7775. One of the issues raised on that appeal appears to relate to a determination made by the Family Court regarding a request for accommodations. That appeal will be decided in due course. As I have indicated to you previously, since you are represented by counsel on that appeal, any communications to this Court with regard to that appeal made on your behalf must come from counsel.

For further information regarding the Americans with Disabilities Act and the New York State Courts, please refer to the website of the New York State Unified Court System, at http://www.nycourts.gov/accessibility/index.shtml .

Very truly yours,

Aprilanne Agostino
Clerk of the Court

cc:   Del Atwell, Esq.