# EXHIBIT "L"

To commence the statutory
period for appeals as of right under
CPLR 5513[a], you are advised to
serve a copy of this Order, with
Notice of Entry, upon all parties.

SUPREME COURT OF THE STATE OF NEW YORK
WESTCHESTER COUNTY
-----------------------------------------------------------X
MARC FISHMAN

                     Plaintiff,

    -against-

JENNIFER SOLOMON

                     Defendant.
-----------------------------------------------------------X

ORDER
DECLINING TO SIGN
ORDER TO SHOW CAUSE
INDEX NO. 27596/2010
SEQUENCE NUMBER: 12

MALONE, J.

    Without having any matters pending before this Court, Plaintiff filed an Order to Show Cause on June 16, 2017, seeking *inter alia*, a stay of any and all matters pending in the Yonkers and New Rochelle Family Courts.

    Defendant is scheduled for a dispositional hearing on June 27, 2017 before the Honorable Judge Michelle I. Schauer (Yonkers) and is scheduled for a hearing on July 12, 2017 before Honorable Support Magistrate Carol Jordan (New Rochelle), where he is to address the issues he raises in this Order to Show Cause. As there are no issues pending or raised that are exclusive to the Supreme Court, pursuant to CPLR § 602(b), the Court declines to sign the Order to Show Cause.

    In further response to Plaintiff's letter dated May 26, 2017, if Plaintiff believes he is in need of accommodations under the Americans with Disabilities Act, he should immediately bring his disability to the attentions of Judge Schauer, Support Magistrate Jordan and or the Chief Clerk of the Family Court.

    This constitutes the Decision and Order of the Court.

Dated: June 22, 2017
       White Plains, New York

ENTER:

*Janet C. Malone*
HON. JANET C. MALONE,
Supreme Court Justice

TO: Marc Fishman, Plaintiff, *Pro Se*
    Honorable Michelle Schauer, Judge of the Family Court, Yonkers
    Honorable Carol Jordan, Support Magistrate of the Family Court, New Rochelle
    James McAllister, Chief Clerk, Westchester Family Court