# EXHIBIT "N"

| |
|---|
| **Matter of Solomon v Fishman** |
| Motion No: <u>2017-01990</u> |
| Slip Opinion No: 2017 NY Slip Op 69514(U) |
| Decided on April 4, 2017 |
| Appellate Division, Second Department, Motion Decision |
| Published by <u>New York State Law Reporting Bureau</u> pursuant to Judiciary Law § 431. |
| This motion is uncorrected and is not subject to publication in the Official Reports. |

Supreme Court of the State of New York

Appellate Division: Second Judicial Department

M228831

E/sl

REINALDO E. RIVERA, J.P.

LEONARD B. AUSTIN

ROBERT J. MILLER

BETSY BARROS, JJ.

      2017-01990

      In the Matter of Jennifer Solomon,
respondent,　　　　　　　　　　　DECISION & ORDER ON MOTION

      v Marc Fishman, appellant.

      (Docket No. O-7850-14)

Motion by the appellant to stay enforcement of an order of the Family Court, Westchester County, dated January 25, 2017, pending hearing and determination of an appeal therefrom.

Upon the papers filed in support of the motion and the papers filed in opposition thereto, it is

ORDERED that on the Court's own motion, the appeal is dismissed, without costs or disbursements, as no appeal lies as of right from a nondispositional order in a proceeding pursuant to Family Court Act article 8 (see Family Ct Act § 1112), and leave to appeal has not been granted; and it is further,

ORDERED that the motion is denied as academic.

RIVERA, J.P., AUSTIN, MILLER and BARROS, JJ., concur.

ENTER:

Aprilanne Agostino

Clerk of the Court