CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2018, I served a true and correct copy of the foregoing Letter In Opposition to Plaintiff's Request For A Preliminary Injunctive Relief and Declaratory Relief by overnight mail to Marc Fishman, Plaintiff *pro se* at 3200 Netherland Avenue, Apartment G, Bronx, New York 10453.

Lisa M. Evans (LME8343)