UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC FISHMAN,<br><br>                    Plaintiff,<br><br>       -against-<br><br>OFFICE OF COURT ADMINISTRATION,<br>NEW YORK STATE COURTS,<br><br>                    Defendant. | 18-CV-282 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

      For the reasons explained on the record at the hearing on June 11, 2018, Plaintiff's Motion for a Preliminary Injunction is denied. Plaintiff may file an Amended Complaint by July 9, 2018, at which point Defendant may renew its request for a pre-motion conference.

      The Clerk of the Court is respectfully requested to terminate the pending Motions, (*see* Dkt. Nos. 15, 17), and mail a copy of this Order to Plaintiff at the address listed on the docket.

SO ORDERED.

Dated:   June 13 2018,
           White Plains, New York

                                                            KENNETH M. KARAS
                                                         United States District Judge