UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARC FISHMAN,

                    Plaintiff,

           -against-

OFFICE OF COURT ADMINISTRATION,
NEW YORK STATE COURTS,

                    Defendant.

18-CV-282 (KMK)

ORDER

---

KENNETH M. KARAS, United States District Judge:

Defendant is ordered to respond to Plaintiff's Motion for a Preliminary Injunction (Dkt.
No. 29) by September 12, 2018.

SO ORDERED.

Dated:    September _5_ 2018
           White Plains, New York

                          KENNETH M. KARAS
                          United States District Judge