**EXHIBIT B**

**Marc Fishman**
3200 Netherland Avenue
Apartment G
Bronx, NY 10463
(914) 837 – 3209
Facsimile (347) 843 - 6894

Via Facsimile and Hand Delivery

June 11, 2018

Honorable Carol Ann Jordan
Support Magistrate
420 North Ave
New Rochelle, NY 10801

Re: Solomon vs. Fishman ADA Accommodation Requests for use of CART "Computer Aided Real Time Transcription/Captioning System"
 File No. 131794

Dear Magistrate Jordan:

Am writing to follow-up on my letter to the court Liaison William Curry and his boss James MCcalister requesting use of a Family courtroom with the CART system. Have left 5 telephone messages to Mr. Curry and Mr. Mccalister in the last two weeks, but none of my calls have been returned or letters responded to.

On the NY Courts.Gov Website (attached) it lists that CART services with "Computer –aided transcription services" are available as an ADA accommodation from Office of Court administration. The service has the capability of printing out a transcript. With my Occipital Neuralgia TBI, Tinnitus and other qualified disabilities CART technology is needed to visually see the words spoken to assist with my TBI speech /organization disability and read the same day transcript.

My advocates at Disability Rights NY (DRNY) wrote to the court last week requesting that the family court provide this technology to me as a qualified ADA disabled person. The Family Court publicizes this technology on its website as being available in the Westchester Court System including Yonkers and White Plains.

My Disability advocate noted in the letter to the State court, that the State court is required to make this technology available in the attached letter when it is installed in the Family Court System Court Rooms.

It should be noted that Westchester County Family Court is all one court with several branches. The CART transcription Service can significantly assist me to

have meaningful access and provide the same day printouts of transcripts to aid my cognitive memory difficulties and comprehension.

Until the CART Transcription Service or Auxiliary Aid of note taker is provided, all court appearances should be rescheduled.

My advocate and I have verified that the CART system has been used in other NY state courtrooms with the hearing and cognitively impaired. To deny me access in an administrative capacity to this auxiliary aid listed under NYcourts.gov that, " Type of accommodations the court can make" would be discriminatory, violation of my civil rights and ADA.

Please provide the CART System and Cart transcripts to me as a qualified ADA disabled individual participating in NY Courts.


Thank you.


Very Truly Yours,

Marc Fishman
Qualified Disabled Litigant in NY Courts

Enclosures

C:  Eve Bunting Smith Esq.
    Donna Drumm, Esq.
    Ian Spier, Esq.
    Federal Judge Karas
    Sara Liss, DRNY
    Honorable Kathie Davidson, Esq.
    Hon. Judge Egitto, Family Court Admin
    Dan Weisz, OCA
    Commission on Access to the courts for the Disabled
    Inspector General
    James Mccalister, Court Clerk
    William Curry, Court ADA Liaison