CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2018, I served a true and correct copy of the

foregoing Letter Response in Opposition to Plaintiff's Motion for a Preliminary Injunction

by overnight mail to Marc Fishman, Plaintiff *pro se* at 3200 Netherland Avenue,

Apartment G, Bronx, New York 10453.

_____
Lisa M. Evans