RECEIVED
SDNY DOCKET UNIT

2018 SEP 18 PM 2:07

Marc Fishman
3200 Netherland Avenue
Apartment G
Bronx, NY 10463
(914) 837 – 3209
Facsimile (347) 843 - 6894

Via Hand Delivery

September 17, 2018

Honorable Judge Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re: 7-18-CV-00282-KMK Civil Rights Case Fishman vs. "State" Office
 Of Court Administration New York Court et al
Second
 Request to amend lawsuit and have the Federal court/US Marshals serve all
 Additional defendants

Dear Honorable Judge Karas:

Am writing to inquire on the status of my September 7, 2018 to amend my federal discrimination lawsuit to include the additional plaintiffs.

Enclosed please find my September 7, 2018 letter to the court requesting permission to amend and seeking the Federal Court to have the Marshall Service serve the additional parties.

Left two telephone messages for your staff last week to follow-up on the status of this request but have not heard back from your honor's part. There are multiple



RECEIVED
SEP 17 2018
U.S.D.C.
W.P.

precedence setting cases where a Judge or administrator can be sued individual for their administrative denial of meaning access to the disabled under title two of the ADA including Ramon Badillo Santiago, M.D. v. Hon. Jose Andreu Garcia case No. 98-1993 (SEC,) Forrester v. White, 484 U.S. 219, 224-225 (1988), Cameron v. Seitz, 38 F. 3d 264, 271 (6th Circuit 1994,) Morrison v. Lipscomb, 38 F. 3d 264, 271 (6th Circuit. 1994). versus Badillo, versus Georgia, Prakal Versus Indiana 100 F. Supp. 3d 661 (2015.).

Please through the in forma "pauperis" status granted by your honor in the beginning of this case have the US Marshalls/Federal Court serve the additional defendants unless Lisa Evans accepts service for all the new defendants.

Thank you for your assistance.

Very Truly Yours,

Marc Fishman
Qualified Ada Disabled Litigant, Pro se

C:  USDOJ, Disability Rights Section
    Donna Drumm, ADA Advocate
    Mark Fleidner, Disability Rights NY
    Lisa Evans, Office of Court Administration
    Barbara Zinger, Office of Court Administration
    Governor Cuomo, Governor State of New York

Enclosures