# Marc Fishman
# 3200 Netherland Avenue
# Apartment G
# Bronx, NY 10463
# (914) 837 – 3209
# Facsimile (347) 843 - 6894

Via Hand Delivery

September 21, 2018

Honorable Judge Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150


Re:  7-18-CV-00282-KMK Civil Rights Case Fishman vs. "State" Office
      Of Court Administration New York Court et al
      Request for two week extension for plaintiff to put in reply papers to defendants opposition to injunctive relief For CART use in court and other injunctive relief. 34-36 on Pacer

Dear Honorable Judge Karas:

Am requesting that the court grant a two week extension from September 27 to October 11, 2018 to put in reply papers.

Am hoping the National Association for the Deaf will be assisting me and need more time to prepare a written response.

I requested the two week adjournment from Opposing Counsel Lisa Evans today at 2:24 pm over the phone and she consented verbally to the two week adjournment until October 11th.

Please grant the two week extension to October 11, 2018.

Thank you for your assistance.

Very Truly Yours,

Marc Fishman
Qualified Ada Disabled Litigant, Pro se

C:  USDOJ, Disability Rights Section
    Donna Drumm, ADA Advocate
    NAD
    Lisa Evans, OCA opposing counsel

