**Marc Fishman**
**3200 Netherland Avenue**
**Apartment G**
**Bronx, NY 10463**
**(914) 837 – 3209**
**Facsimile (347) 843 - 6894**

Via Hand Delivery

November 9, 2018

Honorable Judge Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re:  7-18-CV-00282-KMK Civil Rights Case
      Request to use this amended complaint instead of the one filed yesterday

Dear Honorable Judge Karas:

Please allow me to use this complaint instead of the one filed yesterday.

Due to my TBI/post concussion Syndrome disability I forgot to state a cause of action in the 11/8 complaint.

I corrected that error here and would like to proceed in federal court with the 11/9/18 complaint enclosed and filed today.

Please accommodate my disabilities and grant permission to utilize this complaint I filed today.

Thank you for your assistance.

Very Truly Yours,

Marc Fishman
Qualified Ada Disabled Litigant, Pro se

C:  Lisa Evans, OCA opposing counsel

Enclosures

[Stamp: RECEIVED NOV 09 2018 U.S.D.C. WP]