# Marc Fishman
## 3200 Netherland Avenue
## Apartment G
## Bronx, NY 10463
## (914) 837 – 3209
## Facsimile (347) 843 - 6894

Via Hand Delivery

November 19, 2018

Honorary Judge Ken Karas
United States Distruct Judge
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re:  7-18-CV-00282-KMK
    November Amended Complaint

Dear Honorable Judge Karas:

Per my conversation with your staff last week, please have all the defendants other than Office of Court Administration served with the amended complaint.

Lisa Evans, at OCA informed me she would not accept service for any of the parties other than OCA.

Thank you for your assistance.

Very Truly Yours,

Marc Fishman, Pro Se
Plaintiff,

C:   Lisa Evans, OCA

