# Marc Fishman
## 3200 Netherland Avenue
### Apartment G
### Bronx, NY 10463
### (914) 837 – 3209
### Facsimile (347) 843 - 6894

DEC 12 2018

Via Hand Delivery

December 12, 2018

Honorary Judge Ken Karas
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re:  7-18-CV-00282-KMK
      Request for Injunctive Relief
      And opposition to extension of time to
      Answer amended complaint

Dear Honorable Judge Karas:

Per my conversation with your staff earlier this week, please provide a decision
this month on application granting injunctive relief.  Injunctive relief was
requested and filed for earlier this fall. Am only seeking injunctive relief now
against originally served defendant, Office Of Court Administration, New York
Unified Court system.

As discussed with your staff, injunctive relief is needed now as the State court
continues to discriminate against me and others similarly situated by denying
reasonable accommodations of real time transcripts, CART, large print court
orders and notetakers.

Yesterday, the highest court in New York State, the Court of Appeals, denied
permission to appeal denial of ADA accommodations of a notetaker and large
print court orders and others in motion 2018-850.   This was the last
grievance/appeal available in New York State and proves that only Federal Court
can protect and enforce Title two of the ADA and the Rehabilitation Act.

I pray the court can assist me as a disabled individual with cognitive and hearing impairments and others similarly situated, as the State Court has proved, it cannot provide reasonable accommodations to the qualified ADA disabled.

As there continues to be court proceedings in state courts in the next couple of weeks including a trial, it is imperative that the state provide the necessary auxiliary aides and ADA accommodations.

Am opposed to any extension of time for the state court to answer as the rights in the amended complaint affect my civil rights and the rights of others similarly situated.

Thank you for your assistance.

Very Truly Yours,

Marc Fishman, Pro Se
Plaintiff,

C:    Lisa Evans Esq, OCA
      Donna Drumm, ADA Advocate