UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC FISHMAN, INDIVIDUALLY, and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>– against –<br><br>Office of Court Administration New York State Courts, Judge Michelle I. Schauer in her administrative and official capacity, Nancy J. Barry, District Executive 9th District NY Courts in her administrative and official capacity, Dan Weisz, Professional Director In his administrative and official capacity New York Courts, Michelle D'ambrosio in her administrative and official capacity, Magistrate Carol Jordan in Her administrative and official capacity Capacity, Judge Gordon Oliver in her Administrative and Official Capacity and Judge Kathy Davidson, Chief Administrative Judge 9th circuit and former Chief Judge of the Westchester Family Court in her administrative and official capacity and the New York State Unified Court System, and Judge Hal Greenwald, in his administrative and official capacity Judge Alan Scheinkman in his administrative and official capacity as Chief Administrative Judge of the 9th Circuit courts<br><br>Defendants. | No. 18 Civ. 282 (KMK)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Assistant Attorney General Michael A. Berg, of the Office of Attorney General Letitia James of the State of New York, hereby appears in this action on behalf of Defendant Michele A. D'Ambrosio (sued herein as "Michelle D'ambrosoio"). This appearance is without prejudice to Ms. D'Ambrosio's rights to assert any and all applicable defenses. I certify that I am admitted to practice law in the United States District Court for the Southern District of New York.

Dated: New York, New York  
       January 22, 2019

LETITIA JAMES  
Attorney General  
State of New York  
*Attorney for Defendant Michele D'Ambrosio*

By: _____  
Michael A. Berg  
Assistant Attorney General  
28 Liberty Street  
New York, New York 10005  
(212) 416-8651  
michael.berg@ag.ny.gov