# Marc Fishman
### 3200 Netherland Avenue
### Apartment G
### Bronx, NY 10463
### (914) 837 – 3209
### Facsimile (347) 843 - 6894

**MEMO ENDORSED**

Via Hand Delivery and Facsimile

March 18, 2019

Honorary Judge Ken Karas
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re: 7-18-CV-00282-KMK
Non -receipt of defendant D'ambrosio
Answer/request for two week extension

Dear Honorable Judge Karas:

Per my conversation with your staff earlier last week, have not received defendant Michelle D'ambrisio's response to my summons and complaint. Defendent Dambrosio never sent me her answer. Have not been able to access Pacer due to some computer problems and attendance at rehabilitation for my disabilities..

Am requesting a two week extension to reply to the defendants request for conference after I receive the Michelle D'ambrosio answer.

Lisa Evans informed me she is not representing Mrs. D'ambrosio. Not sire who is representing Mrs. D'ambrosio in this matter.

Thank you for your assistance.

Very Truly Yours,

Marc Fishman, Pro Se
Plaintiff,

---

*Handwritten memo endorsement:*

Defendant filed a pre-motion letter on 2/28/2019. (See Dkt. No. 58.) Plaintiff is directed to respond to that letter by 4/1/2019. The Clerk's Office is directed to mail Plaintiff a copy of Dkt. Nos. 58 & 60. **No** extensions will be granted.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
3/18/2019

The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff