

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8651

April 4, 2019

**By ECF**
Honorable Kenneth M. Karas
U.S. District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Fishman v. Office of Court Admin.*, No. 18 Civ. 282 (KMK)

Dear Judge Karas:

This Office represents defendant Michele A. D'Ambrosio, Esq., a court attorney in the New York State Unified Court System ("UCS"). We write to request a three-week extension of all briefing deadlines set by the Court in connection with Ms. D'Ambrosio's motion to dismiss. *See* Order dated Apr. 3, 2019 (ECF No. 63). Lisa M. Evans, Esq., the attorney for defendants UCS, Nancy J. Barry, and Daniel M. Weitz, joins in this request, and Plaintiff *pro se* Marc Fishman has consented to it.

We respectfully request that the Court extend the defendants' time to file their moving papers from May 3 to May 24, 2019, extend plaintiff's time to file his response from June 3 to June 24, 2019, and extend defendants' time to reply from June 24 to July 15, 2019.

We make this request because the press of litigation deadlines in other matters makes it impracticable to file Ms. D'Ambrosio's motion papers by May 3, 2019. There has been no previous request to extend these deadlines, and no party will be prejudiced by the extensions.

Respectfully submitted,

Michael A. Berg
Assistant Attorney General

cc:   Mr. Marc Fishman
      Lisa M. Evans, Esq.

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6075 (Not For Service of Papers)
www.ag.ny.gov