AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| MARC FISHMAN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18 CV 00282 |
| OFFICE OF COURT ADMINISTRATION, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NYS Unified Court System, Office of Court Administration New York State, Nancy J. Barry and Dan Weitz.

Date:   05/23/2019

*Attorney's signature*

LEE A. ADLERSTEIN
*Printed name and bar number*

New York State Office of Court Administration
Counsel's Office
25 Beaver Street, 11th Floor
New York, New York 10004
*Address*

ladlerst@nycourts.gov
*E-mail address*

(212) 428-2150
*Telephone number*

(212) 428-2155
*FAX number*