UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC FISHMAN, INDIVIDUALLY, and on behalf of all others similarly situated<br><br>                      Plaintiff,<br><br>– against –<br><br>Office of Court Administration New York State Courts, Judge Michelle I. Schauer in her administrative and official capacity, Nancy J. Barry, District Executive 9th District NY Courts in her administrative and official capacity, Dan Weisz, Professional Director In his administrative and official capacity New York Courts, Michelle D'ambrosio in her administrative and official capacity, Magistrate Carol Jordan in Her administrative and official capacity Capacity, Judge Gordon Oliver in her Administrative and Official Capacity and Judge Kathy Davidson, Chief Administrative Judge 9th circuit and former Chief Judge of the Westchester Family Court in her administrative and official capacity and the New York State Unified Court System, and Jude Hal Greenwald, in his administrative and official capacity Judge Alan Scheinkman in his administrative and official capacity as Chief Administrative Judge of the 9th Circuit courts<br><br>                      Defendants. | No. 18 Civ. 282 (KMK)<br><br><br>**NOTICE OF MICHELE<br>D'AMBROSIO'S MOTION TO DISMISS** |

      **PLEASE TAKE NOTICE** that upon the Declaration of Michael A. Berg dated May 23, 2019, the exhibits thereto, and the annexed Memorandum of Law in Support of Michele D'Ambrosio's Motion to Dismiss, Defendant Michele D'Ambrosio will move this Court, before the Honorable Kenneth M. Karas, at the Courthouse located at 300 Quarropas Street, White Plains, New York 10601, at a date and time to be determined by the Court, for an order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing this action against her in its entirety, with prejudice, for lack of subject matter jurisdiction, failure to state a

claim on which relief can be granted, and on grounds of judicial or quasi-judicial immunity, and for such other and further relief as the Court deems proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order dated April 4, 2019 and electronically filed on April 5, 2019 (ECF No. 65), Plaintiff's opposition papers must be served on or before June 24, 2019.

Dated: New York, New York  
       May 23, 2019

LETITIA JAMES  
Attorney General  
State of New York  
*Attorney for Defendant*  
*Michele D'Ambrosio*

By: /s/ Michael A. Berg  
Michael A. Berg  
Assistant Attorney General  
28 Liberty Street  
New York, New York 10005  
(212) 416-8651  
michael.berg@ag.ny.gov

2