## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2019, I served copies of the foregoing Notice of Michele D'Ambrosio's Motion to Dismiss and the accompanying Memorandum of Law, Declaration of Michael A. Berg, with all exhibits thereto, upon all counsel of record by ECF; and upon Plaintiff *pro se* Marc Fishman by U.S. Mail, together with the Notice to Pro Se Litigant Who Opposes a Rule 12 Motion Supported by Matters Outside the Pleadings, and compendium of all unreported cases.

                                                             MICHAEL A. BERG