UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC FISHMAN, INDIVIDUALLY, and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>– against –<br><br>Office of Court Administration New York State Courts, Judge Michelle I. Schauer in her administrative and official capacity, Nancy J. Barry, District Executive 9th District NY Courts in her administrative and official capacity, Dan Weisz, Professional Director In his administrative and official capacity New York Courts, Michelle D'ambrosio in her administrative and official capacity, Magistrate Carol Jordan in Her administrative and official capacity Capacity, Judge Gordon Oliver in her Administrative and Official Capacity and Judge Kathy Davidson, Chief Administrative Judge 9th circuit and former Chief Judge of the Westchester Family Court in her administrative and official capacity and the New York State Unified Court System, and Jude Hal Greenwald, in his administrative and official capacity Judge Alan Scheinkman in his administrative and official capacity as Chief Administrative Judge of the 9th Circuit courts<br><br>Defendants. | No. 18 Civ. 282 (KMK) |

## DECLARATION OF MICHAEL A. BERG IN SUPPORT OF DEFENDANT MICHELE D'AMBROSIO'S MOTION TO DISMISS

**MICHAEL A. BERG** declares under penalty of perjury and in accordance with 28 U.S.C. § 1746 as follows:

1. I am an Assistant Attorney General in the Office of Attorney General Letitia James of the State of New York, counsel for defendant Michele D'Ambrosio in this action brought by plaintiff Marc Fishman ("Plaintiff").

2.  I submit this declaration in support of D'Ambrosio's Motion to Dismiss the action in its entirety, with prejudice, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

3.  Attached hereto as Exhibit A is a true and complete copy of a Decision and Order Upon Application for ADA Accommodations, issued by the Honorable Michelle I. Schauer, a Judge of the Family Court of the State of New York, County of Westchester, dated January 25, 2017, in a proceeding styled *Matter of Solomon v. Fishman*, Docket Nos. O-7850-14 *et al.*

4.  Attached hereto as Exhibit B is a true and complete copy of the Amended Complaint dated November 9, 2019 (ECF No. 44-1).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       May 23, 2019

_____
Michael A. Berg