UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARC FISHMAN, INDIVIDUALLY, and on behalf of all others similarly situated

                              Plaintiff,

v.

Office of Court Administration New York State Courts, Judge Michelle I. Schauer in her administrative and official capacity, Nancy J. Barry, District Executive 9th District NY Courts in her administrative and official capacity, Dan Weisz, Professional Director In his administrative and official capacity New York Courts, Michelle D'ambrosio in her administrative and official capacity, Magistrate Carol Jordan in Her administrative and official capacity Capacity, Judge Gordon Oliver in her Administrative and Official Capacity and Judge Kathy Davidson, Chief Administrative Judge 9th circuit and former Chief Judge of the Westchester Family Court in her administrative and official capacity and the New York State Unified Court System, and Judge Hal Greenwald, in his administrative and official capacity Judge Alan Scheinkman in his administrative and official capacity as Chief Administrative Judge of the 9th Circuit courts,

                              Defendants

NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

18–CV–00282 (KMK)

---

      PLEASE TAKE NOTICE that, upon the annexed Declaration of Lee Alan Adlerstein, dated May 24, 2019 with annexed exhibits, the accompanying memorandum of law, and all prior pleadings and submissions, the undersigned, on behalf of defendants Nancy Barry, Dan Weitz and Office of Court Administration ("OCA"), will move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, upon such date and time as may be directed by the Court, for an order, pursuant to Federal Rules of Civil Procedure Rule 12(b)(6), dismissing the second amended complaint, on the ground that it fails to state a claim, and for such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order of the Court dated April 4, 2019, plaintiff's opposition to this motion shall be filed on or before June 24, 2019, and defendants' reply papers shall be filed on or before July 15, 2019.

Dated: New York, New York
May 24, 2019

JOHN W. McCONNELL
Attorney for Defendants Barry, Weitz and OCA
Office of Court Administration
25 Beaver Street
New York, New York 10004
(212) 428-2150

By: _____
Lee Alan Adlerstein
Deputy Counsel

TO: MARC FISHMAN
3200 Netherland Ave Apt G
Bronx, NY 10463

MICHAEL A. BERG, AAG
NYS Department of Law
28 Liberty Street
New York, NY 10005