**EXHIBIT A**

## Nancy J. Barry Esq.

| | |
|---|---|
| From: | Nancy J. Barry Esq. |
| Sent: | Friday, June 15, 2018 4:16 PM |
| To: | marc fishman |
| Subject: | real time reporter |

Dear Mr. Fishman,

Your request for a real time court reporter has been forwarded to me for review and determination. At this time I cannot make the determination without further information. Kindly provide me detailed documentation sufficient to explain the medical condition that prevents you from participating and assisting in your case and how the requested technology will aid you. Thank you.

Nancy J. Barry, Esq.
District Executive
Ninth Judicial District
111 Dr. Martin Luther King Jr. Blvd.
White Plains, NY 10601
(914) 824-5100/5142



Mission of the NYS Unified Court System
The mission of the New York State Unified Court System is to promote the rule of law and serve the public by achieving just and timely resolution of all matters before the courts.

1