RECEIVED
SDNY DOCKET UNIT
2019 JUN 21  AM 10: 41

**Marc Fishman**
**3200 Netherland Avenue**
**Apartment G**
**Bronx, NY 10463**
**(914) 837 – 3209**
**Facsimile (347) 843 - 6894**

Via Hand Delivery and facsimile

June 18, 2019

Honorary Judge Ken Karas
United States Distruct Judge
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re: 7-18-CV-00282-KMK
Request for ADA Accommodation of
Court provided transcript for 6/2/18
Hearing due to cognitive disabilities

Dear Honorable Judge Karas:

Per my conversation with your staff earlier this week, am requesting that the Federal court provide me with a complimentary copy of the transcripts for the june 2018 proceeding.

Have difficilty remembering due to my post concussion syndrome, traumatic Brain injury and occipital neuralgia. A transcript auxilliary aid tool helps me to remember. A transcript is recognized as an ADA accommodation under title two of the ADA.

Please grant this accommodation.

Thank you for your assistance.

Very Truly Yours,

Marc Fishman, Pro Se
Plaintiff,

C:   Disability Rights Ny