**MEMO ENDORSED**

RECEIVED
SDNY DOCKET UNIT

**Marc Fishman**
**3200 Netherland Avenue**       2019 JUN 21  AM 10: 41
**Apartment G**
**Bronx, NY 10463**
**(914) 837 – 3209**
**Facsimile (347) 843 - 6894**

Via Hand Delivery and facsimile

June 18, 2019

Honorary Judge Ken Karas
United States Distruct Judge
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re: 7-18-CV-00282-KMK
  Request for ADA Accommodation of
  Court provided transcript for 6/2/18
  Hearing due to cognitive disabilities

Dear Honorable Judge Karas:

Per my conversation with your staff earlier this week, am requesting that the Federal court provide me with a complimentary copy of the transcripts for the june 2018 proceeding.

Have difficilty remembering due to my post concussion syndrome, traumatic Brain injury and occipital neuralgia. A transcript auxilliary aid tool helps me to remember. A transcript is recognized as an ADA accommodation under title two of the ADA.

Please grant this accommodation.

Thank you for your assistance.

Very Truly Yours,

Marc Fishman, Pro Se
Plaintiff,

---

*Handwritten endorsement:*

The Clerk is respectfully directed to provide Plaintiff with a transcript of the proceedings at Dkt. No. 24. Should Plaintiff request other transcripts, he *shall* explain in detail why they are necessary + reasonable under the ADA. See, e.g., 28. C.F.R. § 35.130; 28 C.F.R. § 36.303; see also Novak v. Hall, 139 F. Supp. 3d 901 (N.D. Ill. 2015).

So Ordered.

6/24/19

C:   Disability Rights Ny