# Marc Fishman
3200 Netherland Avenue
Apartment G
Bronx, NY 10463
(914) 837 – 3209
Facsimile (347) 843 - 6894

RECEIVED
SDNY DOCKET UNIT
2019 JUN 21   AM 10: 41

Via Hand Delivery and Facsimile

**MEMO ENDORSED**

June 18, 2019

Honorary Judge Ken Karas
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re: 7-18-CV-00282-KMK
    Request for 30 day extension to
    Answer Motion to dismiss

Dear Honorable Judge Karas:

Please be advised tghat i have been undergoing substantial cognitive and speech rehabilitation for my disabilities.

Am requdsting a thirty day extension to reply to defandants motion to dismiss.

Please grant the extension until July 24, 2019 to reply to defendant's motion.

Thank you for your consideration and assistance.

Very Truly Yours,

Marc Fishman, Pro Se
Plaintiff,

C:  Lisa Evans, OCA
    Latisha, Atty General

*Granted. The Clerk is to mail this to Plaintiff.*
*So Ordered.*
*KMK 6/24/19*