**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/2020



MARC FISHMAN,

               Plaintiff,

      -against-

18 **CIVIL** 282 (KMK)

# JUDGMENT

OFFICE OF THE COURT ADMINISTRATION
NEW YORK STATE COURTS, et al.,
               Defendants.

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 5, 2020, both Motions to Dismiss are granted,

and all of Plaintiff's claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
       March 6, 2020

                              **RUBY J. KRAJICK**

                              **Clerk of Court**

       **BY:**

                              **Deputy Clerk**