# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Marc Fishman

(List the full name(s) of the plaintiff(s)/petitioner(s).)

18 CV 282 (KMK( )

-against-

**NOTICE OF APPEAL**

Office of Court Administration
New York State Courts, Nancy Barry

(List the full name(s) of the defendant(s)/respondent(s).) Dan Weitz and
Michelle D'Antonio

Notice is hereby given that the following parties:

Marc Fishman, plaintiff

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☒ Judgment   ☐ order   entered on:   3 / 6 / 2020

(date that judgment or order was entered on docket)

that:   Granted Motion to Dismiss all Plaintiffs
claims

(if the appeal is from an order, provide a brief description above of the decision in the order.)

Dated   4 / 3 / 2020

Signature

Name (Last, First, MI)   Fishman, Marc H.

Address   3200 Netherland Avenue Apt 6 Bronx NY 1046

City   State   Zip Code

Telephone Number   (914) 837-3209   E-mail Address (if available)   rentdriver @ Gmail.com

---

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
MARC FISHMAN,

                Plaintiff,

      -against-

                                   18 **CIVIL** 282 (KMK)

                                   __**JUDGMENT**__

OFFICE OF THE COURT ADMINISTRATION
NEW YORK STATE COURTS, et al.,
                    Defendants.
-------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 5, 2020, both Motions to Dismiss are granted,

and all of Plaintiff's claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
       March 6, 2020

                                    RUBY J. KRAJICK
                                    __Clerk of Court__

               **BY:**                     __Deputy Clerk__

Marc Fishman
(914) 837-3209

17

Re: 4/4/2020 email

Dear White Plains, Ct clerk: Via fax 914-390-4090

Attached is my notice of appeal, D-P, Form
and Form Inpaperis application.

I mailed and emailed this to the court.
4/4/2020. Not sure if you received.

The US Postal Service Kingsbridge office States
mail is delayed.

Am requesting you accept this facsimile
notice of appeal as timely.

Due to Coronavirus, and my disability, am
unable to travel to the court. I have
traumatic brain injury and have difficulty understanding.
Wish to appeal.

— Thanks Marc Fishman

4/8/2020

 Gmail

**marc fishman <rentdriver@gmail.com>**

---

## In form pauperis 18-cv-00282kmk notice of appeal

---

**marc fishman** <rentdriver@gmail.com>                              Sat, Apr 4, 8:35 PM
To: newcases@ca2.uscourts.gov <newcases@ca2.uscourts.gov>,
prosecases@ca2.uscourts.gov <prosecases@ca2.uscourts.gov>
Bcc: Isabel Bolivar <isabel_bolivar2001@yahoo.com>, marc fishman <rentdriver@gmail.com>

In form pauperis application

Thank you

Marc Fishman 4/3/2020 9148373209

 Gmail

**marc fishman** <rentdriver@gmail.com>

---

## Notice of appeal and inform pauperis 18-cv-00282-Km's

---

**marc fishman** <rentdriver@gmail.com>                    Sat, Apr 4, 8:31 PM
To: newcases@ca2.uscourts.gov <newcases@ca2.uscourts.gov>,
prosecases@ca2.uscourts.gov <prosecases@ca2.uscourts.gov>
Bcc: Isabel Bolivar <isabel_bolivar2001@yahoo.com>, marc fishman <rentdriver@gmail.com>

Please accept my appeal.  Am disabled and applying u for pauperis.

Lower court grantedinform pauperis.

Thank you
Marc Fishman, pro Se

 Gmail

**marc fishman <rentdriver@gmail.com>**

## Pro Se appeal Fishman vs Office if Court Administration New York Courts

**marc fishman** <rentdriver@gmail.com>                    Sun, Apr 5, 10:23 AM
To: newcases@ca2.uscourts.gov <newcases@ca2.uscourts.gov>,
prosecases@ca2.uscourts.gov <prosecases@ca2.uscourts.gov>
Cc: Lisa Evans Esq. <lievans@courts.state.ny.us>, Michael Berg Esq Atty General Atty For
Dambrosio <michael.berg@ag.ny.gov>
Bcc: Isabel Bolivar <isabel_bolivar2001@yahoo.com>, marc fishman
<rentdriver@gmail.com>

Form d-p required to be filed within fourteen days of appeal.

I already have transcript. Judge Karas gave to me as an american with disabilities act accommodation to my memory impairment disabilities of traumatic brain injury, post concussion syndrome and occipital neuralgia.

Please advise how you want me to get transcript to court. Is there a emailing address?

Please confirm receipt.

Thank you.

Marc Fishman, pro Se 9148373665

C: opposing counsel

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | |
|---|---|

| CASE TITLE<br>Fishma versus Office of Court Administration NY State courts | DISTRICT Southern District of NY | DOCKET NUMBER 18-CV-00282-KMK |
| | JUDGE Ken Keres | APPELLANT Marc Fishman |
| | COURT REPORTER Sabrine A. D'emidio | PRO SE APPELLANT Marc Fishman, Pro Se |

| Check the applicable provision: | PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.) |
|---|---|
| ☐ I am ordering a transcript.<br>☑ I am not ordering a transcript.<br><br>Reason for not ordering a transcript:<br>☑ Copy is already available<br>☐ No transcribed proceedings<br>☐ Other (Specify in the space below): | Judge Ken Keres already provided me with a transcript from Court reporter Sabrine D'Emidio dated 6/11/2018 As Accomedation for my disabilities. That was only hearing. |
| | METHOD OF PAYMENT    ☐ Funds    ☐ CJA Voucher (CJA 21) |

| INSTRUCTIONS TO COURT REPORTER: | DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE) |
|---|---|
| ☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS<br>☐ PREPARE TRANSCRIPT OF TRIAL<br>☐ PREPARE TRANSCRIPT OF OTHER POST- TRIAL PROCEEDINGS<br>☐ OTHER (Specify in the space below): | Marc Fishman<br>3200 Netherland Ave Apt G<br>Bronx, NY 10463<br>Pro Se |

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| APPELLANT'S SIGNATURE | DATE 4/4/2020 |
|---|---|

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTER | | DATE |

180611fishmanC                Conference

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    -------------------------------x

3    MARC H. FISHMAN,

4                  Plaintiff,

5           v.                              18 Civ. 282 KMK

6    OFFICE OF COURT
     ADMINISTRATION,
7    NY STATE COURTS,

8                  Defendant.

9    -------------------------------x
                                      United States Courthouse
10                                    White Plains, N.Y.
                                      June 11, 2018
11                                    4:30 p.m.

12   Before:

13              THE HONORABLE KENNETH M. KARAS,

14                                               District Judge

15                       APPEARANCES

16   MARC H. FISHMAN, Pro Se Plaintiff

17   NY STATE OFC. COURT ADMINISTRATION
          Attorney for Defendant Office of Court Administration
18   LISA EVANS

19   ALSO PRESENT:  Isabel Bolivar, Note taker

20

21

22

23

24

25

              SABRINA A. D'EMIDIO - OFFICIAL COURT REPORTER
                         (914)390-4053

 Gmail

**marc fishman <rentdriver@gmail.com>**

## Activity in Case 7:18-cv-00282-KMK Fishman v. Office of Court Administration New York State Courts Clerk's Judgment

<NYSD_ECF_Pool@nysd.uscourts.gov>                          Fri, Mar 6, 10:05 AM
To: <CourtMail@nysd.uscourts.gov>

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

**U.S. District Court**

**Southern District of New York**

### Notice of Electronic Filing

The following transaction was entered on 3/6/2020 at 10:05 AM EST and filed on 3/6/2020
**Case Name:**       Fishman v. Office of Court Administration New York State Courts
**Case Number:**     7:18-cv-00282-KMK
**Filer:**
**Document Number:** 85

**Docket Text:**
**CLERK'S JUDGMENT re: [84] Memorandum & Opinion in favor of New York State Unified Court System, Office of Court Administration New York State Courts, Dan Weisz, Michelle D'Ambrosio, Nancy J. Barry against Marc Fishman. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated March 5, 2020, both Motions to Dismiss are granted, and all of Plaintiff's claims are dismissed with prejudice; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 3/6/2020) (Attachments: # (1) Right to Appeal) (km) Transmission to Docket Assistant Clerk for processing.**

**7:18-cv-00282-KMK Notice has been electronically mailed to:**

Lee Alan Adlerstein    ladlerst@nycourts.gov, ecarr@nycourts.gov, jlee@courts.state.ny.us

Michael Adam Berg    michael.berg@ag.ny.gov, OAGLitD@ag.ny.gov

Lisa M Evans    lievans@courts.state.ny.us, jlee@courts.state.ny.us

Marc Fishman    rentdriver@gmail.com

## 7:18-cv-00282-KMK Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=3/6/2020] [FileNumber=23681346-0
] [5479d187418fe4c89693897ef0b77982b592ffee2b8fc907ee1eca02b331ee71e13
e2f7022aa27289dfab29f9e56a0c92805fddbf429db0126541eda63bb5dca]]
**Document description:** Right to Appeal
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=3/6/2020] [FileNumber=23681346-1
] [6dddcb6d17b224485778ade23791539c7b505cfa902b6432fbb82c8b64ced4c1a30
8eb5b3e1cd6e02bfa8728fbdf6619f14aadb7a7c5973927727f6559f412c3]]

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Marc Fishman
_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

18 CV 282 (KMK)( )

-against-

Office of the Court Administration
New York State Courts, Nancy Barry,
Dan Weitz,
Michelle Dambrosio

(List the full name(s) of the defendant(s)/respondent(s).)

**MOTION FOR LEAVE TO
PROCEED IN FORMA
PAUPERIS ON APPEAL**

I move under Federal Rule of Appellate Procedure 24(a)(1) for leave to proceed *in forma*

*pauperis* on appeal. This motion is supported by the attached affidavit.

Dated   4/3/2020

Signature

Name (Last, First, MI)   Fishman, Marc H.

Address   3800 Netherland Av   City   Apt G   Bronx NY 10463   State   Zip Code

Telephone Number   (914) 837 3209   E-mail Address (if available)   rentdriver@Gmail.com

Rev. 12/23/13

*C Granted in fura Pauperis* *District Court with Judge Karas)*

## Application to Appeal In Forma Pauperis

Fishman _____ v. OCA Et Al _____ Appeal No. _____

District Court or Agency No. _____

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: _____ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: __4/3/2020__ |

My issues on appeal are: (required): Denial of American With Disbilities Act Accomodations, retilication By State Court for my disabilities and Disability Discrimination Against me and my disabled sons

1.   *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $ 2000 | $ |
| Self-employment | $ 3000 | $ | $ | $ |
| Income from real property (such as rental income) | $ 1000 | $ Divored | $ 1000 | $ Divored |

12/01/2013 SCC

Due to Covid-19 — Cannot Work (ordu to stay home)

| | | | | |
|---|---|---|---|---|
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ 0 | $ |
| Unemployment payments | $ 0 | $ | $ 0 | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify): No Fault | $ 300 | | $ 0 | $ |
| **Total monthly income:** | $ 4,300 | $ 0 | $0 3,000 | $ 0 |

2.  List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Self Employed Real Estate | 3200 Netherl Ave Bx NY 10463 | 4/10 to Present | $ 3000 |
| | | | $ |
| | | | $ |

3.  List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |
| Divorced | | | $ |

- 2 -

4.    *How much cash do you and your ~~spouse have?~~* $ _1,000_

*Below, state any money you or your spouse have in bank accounts or in any other*
*financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Cap One | Checky | $1,000 | ✗ |
| | | $ | ✗ |
| | | $ | ✗ |
| | | $ | $ |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must***
***attach a statement certified by the appropriate institutional officer showing all receipts,***
***expenditures, and balances during the last six months in your institutional accounts. If you***
***have multiple accounts, perhaps because you have been in multiple institutions, attach one***
***certified statement of each account.***

5.    *List the assets, and their values, which you own or your spouse owns. Do not list clothing*
*and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ None | (Value) $ 70K  Rent Apt. | (Value) $ No Car Owned |
| | | Make and year: |
| | | Model: |
| | | Registration #: |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ | (Value) $ one | (Value) $ |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

- 3 -

6.  *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| ~~None~~ | $ | $ ~~N/A~~ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.  *State the persons who rely on you or your spouse for support.*   ( 4 kids)

| Name [or, if a minor (i.e., underage), initials only] | Relationship | Age |
|---|---|---|
| Joanne Fishman | Daughter | 16 |
| Jaish Fishman | Son | 14 |
| Skye Fishman | Son | 12 |
| Aden Fishman | Son | 12 |

① ② ③ ④

8.  *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)  Are real estate taxes included? ☐ Yes ☐ No  Is property insurance included? ☐ Yes ☐ No | $ 1,100 | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 200 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 800 | $ |
| Clothing | $ 100 | $ |
| Laundry and dry-cleaning | $ 100 | $ |
| Medical and dental expenses | $ 2,000 | $ |

-4-

Am Disabled with Nerostimulation Implants

| | | |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ 100 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ 300 | $ |
|     Health: | $ 1130 | $ |
|     Motor vehicle: | $ 0 | $ |
|     Other: | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 1500 | $ |
| Installment payments | | |
|     Motor Vehicle: | $ 0 | $ |
|     Credit card (name): Chase, Capone, Disco | $ 800 | $ |
|     Department store (name): | $ 0 | $ |
|     Other: | $ 0 | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 200 | $ |
| Other (specify): | $ 0 | $ |
| **Total monthly expenses:** | $ 8330 | $ 0 |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

☒ Yes ☐ No   If yes, describe on an attached sheet.   Higher Debt Due to inability to Work due to Covid

10. *Have you spent — or will you be spending —any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☒ No

*If yes, how much?* $ _____  None

- 5 -

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

Am disabled, Have high medical, therapy and dental bills due to Car Acudent

12. *Identify the city and state of your legal residence.*

City ___Bronx___ State ___NY___

Your daytime phone number: ___(914) 837 3208___

Your age: ___47___ Your years of schooling: ___14___

Last four digits of your social-security number: ___8611___

- 6 -