# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Marc Fishman
_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

18 CV 282 (KMK)( )

-against-

Office of the Court Administration
New York State Courts, Nancy Barry,
_____
(List the full name(s) of the defendant(s)/respondent(s).)
Dan Weitz,
Michelle Dombrosio

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

I move under Federal Rule of Appellate Procedure 24(a)(1) for leave to proceed *in forma pauperis* on appeal. This motion is supported by the attached affidavit.

4/3/2020
Dated

[Signature]

Fishman, Marc H.
Name (Last, First, MI)

3200 Netherland Ave Apt G   Bronx   NY   10463
Address                    City      State  Zip Code

(914) 837-3209             rentdriver@gmail.com
Telephone Number           E-mail Address (If available)

Rev. 12/23/13

(Granted in full Pauperis District Court with Judge Karas)

## Application to Appeal In Forma Pauperis

Fishman v. OCA Et Al   Appeal No. _____

District Court or Agency No. _____

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: _____

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 4/3/2020

My issues on appeal are: (required): Denial of American with Disabilities Act Accomodations, retaliation by State Court for my disabilities and Disability Discrimination Against me and my disabled sons

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | ✗ | $ *2000 | ✗ |
| Self-employment | $ 3000 | ✗ | $ | ✗ |
| Income from real property (such as rental income) | $ 1000 | ✗ Divorced | $ 1000 | ✗ Divorced |

-1-

12/01/2013 SCC

* Due to Covid-19 — Cannot work (order to stay home)

| | | | | |
|---|---|---|---|---|
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ 0 | $ |
| Unemployment payments | $ 0 | $ | $ 0 | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify): No Fault | $ 300 | $ | $ 0 | $ |
| **Total monthly income:** | $ 4,300 | $ 0 | $ 3,000 | $ 0 |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Self Employed Real Estate | 3200 Nethell Ave Bx NY 10463 | 4/10 to Present | $ 3000 |
| | | | $ |
| | | | $ |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A Divorced | | | $ |
| | | | $ |
| | | | $ |

4. *How much cash do you and your* ~~spouse have~~*?* $ 1,000

   *Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Cap One | Checking | $1,000 | ~~$~~ |
|  |  | $ | ~~$~~ |
|  |  | $ | ~~$~~ |
|  |  | $ | ~~$~~ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 | |
|---|---|---|---|
| (Value) $ None | (Value) $ 70K | (Value) $ No Car Owned | |
|  | Rental Apt. | Make and year: | |
|  |  | Model: | |
|  |  | Registration #: | |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ | (Value) $ ~~none~~ | (Value) $ |
| Make and year: |  |  |
| Model: |  |  |
| Registration #: |  |  |

- 3 -

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | $ | $ N/A |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support.* (4 kids)

① ② ③ ④

| Name [or, if a minor (i.e., underage), initials only] | Relationship | Age |
|---|---|---|
| Joanna Fishman | Daughter | 16 |
| Jonah Fishman | Son | 14 |
| Skye Fishman | Son | 12 |
| Aiden Fishman | Son | 12 |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) <br> Are real estate taxes included? ☐ Yes ☐ No <br> Is property insurance included? ☐ Yes ☐ No | $ 1,100 | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 200 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 800 | $ |
| Clothing | $ 100 | $ |
| Laundry and dry-cleaning | $ 100 | $ |
| ✱ Medical and dental expenses | $ 2,000 | $ |

-4-

✱ Am Disabled with Neurostimulator Implants

| | | |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ 100 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's: | $ | $ |
| Life: | $ 300 | $ |
| Health: | $ 1130 | $ |
| Motor vehicle: | $ 0 | $ |
| Other: | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 1500 | $ |
| Installment payments | | |
| Motor Vehicle: | $ 0 | $ |
| Credit card (name): Chase, Cpone, Dsc<sub>w</sub> | $ 800 | $ |
| Department store (name): | $ 0 | $ |
| Other: | $ 0 | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 200 | $ |
| Other (specify): | $ 0 | $ |
| **Total monthly expenses:** | $~~3~~ 8330 | $ 0 |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☒ Yes   ☐ No   If yes, describe on an attached sheet.   Higher Debt Due to inability to work due to Covid

10. *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☒ No

    *If yes, how much?* $ _____   None

-5-

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

   Am disabled, Have high medical, therapy and dental bills due to Car Accident

12. *Identify the city and state of your legal residence.*

   City __Brux__   State __NY__

   Your daytime phone number: __(914) 837 3209__

   Your age: __47__   Your years of schooling: __14__

   Last four digits of your social-security number: __8611__

- 6 -