# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

### THIS SECTION MUST BE COMPLETED BY APPELLANT

**CASE TITLE:** Fishman versus Office of Court Administration NY State Courts

**DISTRICT:** Southern District of NY

**DOCKET NUMBER:** 18-CV-00282-KMK

**JUDGE:** Ken Karas

**APPELLANT:** Marc Fishman

**COURT REPORTER:** Sabrina A. D'Emidio

**PRO SE APPELLANT:** Marc Fishman, Pro Se

**Check the applicable provision:**
- [ ] I am ordering a transcript.
- [X] I am not ordering a transcript.

**Reason for not ordering a transcript:**
- [X] Copy is already available
- [ ] No transcribed proceedings
- [ ] Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED:**

Judge Ken Karas already provided me with a transcript from Court reporter Sabrina D'Emidio dated 6/11/2018 as Accomodation for my disabilities. That was only hearing.

**METHOD OF PAYMENT:** [ ] Funds  [ ] CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**
- [ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
- [ ] PREPARE TRANSCRIPT OF TRIAL
- [ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
- [ ] OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:**
Marc Fishman
3200 Netherland Ave Apt G
Bronx, NY 10463
Pro Se

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

**APPELLANT'S SIGNATURE:** [signature]

**DATE:** 4/4/2020

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| | | |

**SIGNATURE OF COURT REPORTER:** 

**DATE:**